IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR, <br><br>            Plaintiffs, <br><br>    vs. <br><br>ALOHA PLASTIC SURGERY, LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, <br><br>            Defendants. | CIVIL NO. _____ <br>(Copyright Infringement; Removal or Alteration of Copyright Management Information) <br><br>SUMMONS |

## SUMMONS

To the above-named Defendant ALOHA PLASTIC SURGERY, LLC:

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs' attorney J. STEPHEN STREET, AAL, whose address is 134 Maono Place, Honolulu, Hawaii 96821, an answer to the Complaint which is herewith served upon you, within 21 days after service of this Summons upon you,

exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this Summons, personal delivery during those hours.

A failure to obey this Summons may result in an entry of default and default judgment against the disobeying person or party.

DATED: Honolulu, Hawaii, _____DEC 0 1 2011_____, 2011.

SUE BEITIA
_____
Clerk of the Court

_____
Deputy Clerk of the Court