ORIGINAL

J. STEPHEN STREET          1573-0
134 Maono Place
Honolulu, Hawaii 96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

Attorney for Plaintiffs
HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 01 2011
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CV11 00722 JMS KSC

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALOHA PLASTIC SURGERY, LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>    Defendants. | CIVIL NO. _____<br>(Copyright Infringement; Removal or Alteration of Copyright Management Information)<br><br>PLAINTIFF'S DISCLOSURE STATEMENT |

## PLAINTIFF'S DISCLOSURE STATEMENT

HAWAIIAN ART NETWORK, LLC, plaintiff above named, hereby discloses, pursuant to Rule 7.1 of the federal Rules of Civil Procedure, that it has no parent corporation and there is not a publicly held corporation owning 10% or more of its stock.

DATED: Honolulu, Hawaii, ___DEC 0 1 2011___, 2011.

_____
J. STEPHEN STREET, AAL
Attorney for Plaintiffs
HAWAIIAN ART NETWORK, LLC
and VINCENT K. TYLOR