**ORIGINAL**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

CV11 00722 JMS KSC

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 05 2011

at 3 o'clock and 15 min. ___ M.
SUE BEITIA, CLERK

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ALOHA PLASTIC SURGERY, LLC
was received by me on *(date)* 12/2/2011.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MICHAEL ANTHONY PASQUALE, who is designated by law to accept service of process on behalf of *(name of organization)* ALOHA PLASTIC SURGERY, LLC on *(date)* 12/3/2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/3/11

Server's signature

Jacinto Carrasco III
Civil Process Server

P.O. Box 4302
Honolulu, HI 96812
Tel: (808) 521-5800

Michael Pasqu[ale]

Additional information regarding attempted service, etc: