ORIGINAL

Michael Pasquale
Sole Managing Partner of Aloha Plastic Surgery LLC
677 Ala Moana Blvd Suite 404
Honolulu Hawaii 96813
808-737-0205
email: dr808@me.com

## United States District Court, for the district of Hawaii

Hawaiian Art Network LLC
And Vincent K. Tylor
Plantiffs.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 06 2012

at 3 o'clock and 40 min. P.M.
SUE BEITIA, CLERK

Vs

Aloha Plastic Surgery LLC
John Does 1-10, Jane Does 1-10
Doe Corporations etc.

CIVIL CASE NO: 11-00722 JMS/KSC   Contract

## Defendants request to court for :

## Set Aside Default Judgment request by Plaintiff.

To the District Court Hawaii

Declaration of Defendant:

1. I am the sole managing partner for Aloha Plastic Surgery LLC.

2. At this time I am without legal council due :

    A. Travel
    B. Failed attempts to find suitable lawyer.
    C. Only recently I was unaware that a corporation must have licensed attorney to defend it as I had thought I could pro se.
    D. I misread the initial lawsuit thinking the hearing date was when I needed to answer it.

3. I am attempting this diligently and regularly to find council.

4. I have located one lawyer who may be willing to take this case later this month.

I sware under penalty of perjury and penalty these statements are true.

_____
Michael Pasquale
Sole Managing Partner Aloha Plastic Surgery LLC

Hawaiian Art Network LLCAnd Vincent K. TylorPlantiffs. Vs
AlohaPlastic Surgery LLC John Does1-10, Jane Does 1-10
Doe Corporations etc. CV11-00722

To the District Court of Hawaii

I request that the default judgment request be set aside for the reasons set forth on the "declaration of the defendant".

I will have legal council by the end of the month and at this time I do not have that to represent Aloha Plastic Surgery LLC.

Michael Pasquale
Sole Managing Partner Aloha Plastic Surgery LLC

Dated Honolulu Hawaii January 6, 2012

Hawaiian Art Network LLCAnd Vincent K. TylorPlantiffs. Vs
AlohaPlastic Surgery LLC John Does1-10, Jane Does 1-10
Doe Corporations etc. CV11-00722