J. STEPHEN STREET          1573-0
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:     (808) 754-1647
Facsimile No.:     (888) 334-6499
E-mail:     jsstreet@ip-law-hawaii.com

Attorney for Plaintiffs
HAWAIIAN ART NETWORK, LLC and
VINCENT K. TYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR,<br><br>              Plaintiffs,<br><br>vs.<br><br>ALOHA PLASTIC SURGERY, LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>              Defendants. | CIVIL NO. 11-00722 JMS/KSC<br>(Copyright Infringement)<br><br>PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ALOHA PLASTIC SURGERY, LLC.; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF GLEN CARNER; DECLARATION OF COUNSEL; EXHIBITS A-B; CERTIFICATE OF SERVICE<br><br><u>HEARING</u>:<br>Date:<br>Time:<br>Judge: Hon. Kevin S. Chang |

**PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST
DEFENDANT ALOHA PLASTIC SURGERY, LLC.**

Come now Plaintiffs HAWAIIAN ART NETWORK and VINCENT K. TYLOR, by and through counsel, and hereby respectfully move that this Court enter a default judgment in Plaintiffs' favor for the relief demanded in their Complaint filed on December 1, 2011 ('the Complaint") pursuant to Fed. R. Civ. P. 55(b)(2) on the grounds that Defendant has failed to answer or otherwise defend the Complaint, and Plaintiffs are entitled to judgment as a matter of law against Defendant.  Plaintiff seeks judgment against Defendant ALOHA PLASTIC SURGERY, LLC. in the amount of $34,274.00, plus reasonable attorneys fees and costs in the amount of $6,780.00 plus Hawaii State taxes of $319.47 plus costs of $440.10. This motion is based upon the memorandum in support, the Declaration of Glen Carner, the Declaration of Counsel, Exhibits A and B the and the pleadings and record herein.

DATED:  Honolulu, Hawaii,    March 24, 2012.

/s/ *J. Stephen Street*
_____
J. STEPHEN STREET, AAL
Attorney for Plaintiffs
HAWAIIAN ART NETWORK, LLC
and VINCENT K. TYLOR

*Hawaiian Art Network, LLC and Vincent K. Tylor, v. Aloha Plastic Surgery, LLC, et al., CV11-00722 JMS/KSC*

2