

**STOCK PHOTOGRAPHY QUOTE**

**March 23, 2012**

ALOHA PLASTIC SURGERY, LLC                                   Quote No: 1

**ALOHA PLASTIC SURGERY, LLC WEBSITE**

| **O-01 Waikiki–Pink Boat ORIG** | **27 Images at $302** | **$8,154.00** |
|---|---|---|


Usage: Website.Promotional.Local Market
Time: 2 Years
Image Size: Spot
License Duration: 2 Years
Territory: US Only
Release Information: No model or property release.
Industry: Medical
Rights/Exclusivity: One-Time Non-Exclusive

| **O-01 Waikiki–Pink Boat ORIG** | **1 Image at $703** | **$703.00** |
|---|---|---|


Usage: Website.Promotional.Local Market
Time: 2 Years
Image Size: Up to Full Screen
License Duration: 2 Years
Territory: US Only
Release Information: No model or property release.
Industry: Medical
Rights/Exclusivity: One-Time Non-Exclusive

| **A-11 Hawaiian Sunset** | **1 Image at $504** | **$504.00** |
|---|---|---|

Usage: Website.Promotional.Local Market
Time: 2 Years
Image Size: Up to 1/4 Screen
License Duration: 2 Years
Territory: US Only
Release Information: No model or property release.
Industry: Medical
Rights/Exclusivity: One-Time Non-Exclusive

EXHIBIT A

This quote was prepared using the fotoQuote® stock photography pricing software.

**STOCK PHOTOGRAPHY QUOTE**

**March 23, 2012**

ALOHA PLASTIC SURGERY, LLC

Quote No: 1

**ALOHA PLASTIC SURGERY, LLC WEBSITE**

| | | |
|---|---|---|
| **A-11 Hawaiian Sunset** | 1 Image at $703 | $703.00 |

Usage: Website.Promotional.Local Market
Time: 2 Years
Image Size: Up to Full Screen
License Duration: 2 Years
Territory: US Only
Release Information: No model or property release.
Industry: Medical
Rights/Exclusivity: One-Time Non-Exclusive

| | |
|---|---|
| Subtotal | $10,064.00 |
| HST | $452.88 |
| **Grand Total** | **$10,516.88** |

Sales Rep

This quote to license stock photography is effective for 30 days. This quote is based on typical image placement within the described media. The quote does not convey reproduction rights. Rights to use the photographs listed in the quote are tendered by invoice, and are granted only upon payment of that invoice. Usage is limited to that specified with each image description above.