| Home | SEO | Website Design | Consulting | Plastic Surgery Marketing | About Us | Contact Aimiyo | Portfolio |



## About Aimiyo

### The Aimiyo Core Team Concept

Aimiyo is made up of core team members, as well as our partnerships around the world. This provides an expandable and flexible work force which can take on the smallest to most complex project. Our level of quality control and personal attention is not possible with out the core concept.

### Dr. Michael Anthony Pasquale | Chief Executive Officer / Project Director

These teams are under CEO, Dr. Michael Anthony Pasquale who is a practicing Plastic Surgeon business man and long time student of the Internet. Dr. Pasquale has been involved with the internet dating back to the days of its use as research tool.



As the research internet grew into Internet 2.0. Dr. Pasquale was interested in web site construction having one of the first plastic surgery web sites. This was on the internet over 15 years ago. The progression of the internet and its serious marketing efforts by business started in the early 90's which led eventually to his futuristic creation of a 3d world about plastic surgery in 2005-2006 and ending in 2007. This was with an advertising project known as Plastic Surgery Isle with interactive 3d interactive media. Having developed this virtual world, the project demonstrated the viability for future virtual worlds as a marketing and advertising tool. It was determined that this futuristic media will be the next generation of internet . Certain limitations in the present Internet backbone have limited present usability of this project.

At this present time Dr. Pasquale's efforts are devoted to overall management of AiMiYo International and making sure that clients receive the best , most reliable service and true value for their internet marketing budget. His main concern and emphasis is in putting forth the best product for our consumers in every way. We do not just throw up a pretty web site, but concern ourselves with your return on investment. As a business man with two companies www.bangkokfinder.com and www.pasquale.org whose life blood depends on proper internet marketing he knows the business of the internet. As one in business not just an internet geek, he knows your concerns and what it it takes to make your business prosper on the internet. Under his direction we are not just a web design company but ruthless warriors for you in the competitive business of internet marketing.

### Troy Anderson | Art Director | Search Marketing Expert

Mr. Anderson is in charge of Aimiyo art direction & design, search optimization and programming. His artistic skills are noted as some of the best in the business. With over 10 years of web design experience Mr. Anderson brings much experience from his previous companies in graphic design and technical implementation of our web development. Troy has also specialized in plastic surgery website design and search optimization for cosmetic surgeons for over 8 years. He is charged with providing leadership, quality control and direction for our team of graphic artist and programmers. His award winning designs and search engine results speak for themselves.

**Aimiyo Links**

- SEO
- Organic Optimization
- Multilingual Marketing
- Keyword Research
- Link Building
- Pay Per Click
- Social Media

Can you find **AiMiYo** in a crowd? It's easy...just search for our clients keywords and there we are! We really do stand out.





Exhibit B