cc: KSC

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2012

at  7  o'clock and  06  min.  P  M.
SUE BEITIA, CLERK

ROBIN MELCHOR     7616
Century Square, Suite 2204
1188 Bishop Street
Honolulu, Hawaii 96813
Telephone:    (808) 523-1332
Fax:          (808) 523-1333
Email:        melchorr@aloha.net

Attorney for Defendant
ALOHA PLASTIC SURGERY, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR,<br><br>Plaintiffs,<br><br>vs.<br><br>ALOHA PLASTIC SURGERY, LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>Defendants. | CV 11 00722 JMS KSC<br>(Copyright Infringement; Removal or Alteration of Copyright Management Information)<br><br>MOTION TO SET ASIDE DEFAULT AGAINST DEFENDANT ALOHA PLASTIC SURGERY, LLC FILED DECEMBER 30, 2011; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MICHAEL A. PASQUALE; CERTIFICATE OF SERVICE |

**MOTION TO SET ASIDE DEFAULT AGAINST DEFENDANT
ALOHA PLASTIC SURGERY, LLC FILED DECEMBER 30, 2011**

Defendant **ALOHA PLASTIC SURGERY, LLC** moves this Honorable Court pursuant to Rule 55(c) of the *Federal Rules of Civil Procedure* to set aside

the entry of default against it filed herein on December 30, 2011. This Motion is based on good cause to set aside said default and is supported by the attached Memorandum, Declaration, and the records and pleadings on file herein.

DATED: Honolulu, Hawaii, March 27, 2012.

_____
ROBIN MELCHOR
Attorney for Defendant
ALOHA PLASTIC SURGERY, LLC