# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00722JMS-KSC |
| CASE NAME: | Hawaiian Art Network, LLC, et al. vs. Aloha Plastic Surgery, LLC |
| ATTYS FOR PLA: | J. Stephen Street |
| ATTYS FOR DEFT: | Robin Melchor |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 5/14/2012 | TIME: | 9:26-9:41am |

COURT ACTION:  EP:
1. Plaintiffs' Motion for Default Judgment Against Defendant Aloha Plastic Surgery, LLC [12]
2. Motion to Set Aside Default Against Defendant Aloha Plastic Surgery, LLC [15]

Michael Pasquale present on behalf of Aloha Plastic Surgery.

Plaintiffs' Motion for Default Judgment Against Defendant Aloha Plastic Surgery, LLC [12].  Motion denied without prejudice.  Mr. Street to prepare the Order.

Motion to Set Aside Default Against Defendant Aloha Plastic Surgery, LLC [15].  Motion granted.  Defendant to file a responsive pleading by 5/17/12.  Rule 16 Scheduling Conference set 5/18/12 at 9:00am before Judge Chang.  Ms. Melchor to prepare the Order.

Submitted by: Shari Afuso, Courtroom Manager