J. STEPHEN STREET          1573-0
134 Maono Place
Honolulu, Hawaii  96821
Telephone No.:    (808) 754-1647
Facsimile No.:    (888) 334-6499
E-mail:    jsstreet@ip-law-hawaii.com

Attorney for Plaintiffs
HAWAIIAN ART NETWORK, LLC and
VINCENT K. TYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR, | ) ) ) | CIVIL NO. 11-00722 JMS/KSC (Copyright Infringement) |
| Plaintiffs, | ) ) ) | REPORT OF PARTIES' PLANNING MEETING; CERTIFICATE OF |
| vs. | ) ) | SERVICE |
| ALOHA PLASTIC SURGERY, LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10, | ) ) ) ) ) ) | RULE 16 Conference: Date:  May 18, 2012 Time:  9:00 a.m. Judge: Hon. Kevin S. Chang |
| Defendants. | ) ) ) ) ) ) ) | |

## REPORT OF PARTIES' PLANNING MEETING

Pursuant to Rule 26(f), Federal Rules of Civil Procedure, meeting of the parties was held via conference call on May 16, 2012, and was attended by J. Stephen Street, attorney for Plaintiffs, HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR ("Plaintiffs") and Robin Melchor, attorney for Defendant ALOHA PLASTIC SURGERY, LLC.

I.   PRE-DISCOVERY DISCLOSURES

The parties have agreed to exchange the information required by Rule 26(a)(1), FRCP, by June 6, 2012. The parties discussed the preservation of discoverable information, including the preservation of electronic evidence specifically including electronic evidence concerning the websites at issue in this litigation.

II.   DISCOVERY PLAN

A.   The parties discussed the subjects upon which discovery may be needed, and did not determine that it would be necessary to do discovery in phases or that any special limitations were necessary.  The parties did not identify any changes that should be made in the limitations on discovery imposed under the Federal Rules or the Local Rules.

B.   The parties discussed the form of production including electronically stored information, and agreed to discuss the matter further after initial Rule 26 disclosures are made.

III.     OTHER ISSUES

None.  Defendant has not expressed any interest in an effort at early settlement of this matter, but the parties may revisit this issue after an Answer has been filed and initial Rule 26 disclosures are exchanged.  The parties did not discuss the possibility of alternative dispute resolution options, including, without limitation, the option of participating in mediation, and did not agree that this was a viable option at this time.

DATED:  Honolulu, Hawaii,    May 16, 2012.

/s/ *J. Stephen Street*

J. STEPHEN STREET, AAL
Attorney for Plaintiffs
HAWAIIAN ART NETWORK, LLC
and VINCENT K. TYLOR

*Hawaiian Art Network, LLC and Vincent K. Tylor, v. Aloha Plastic Surgery, LLC, et al., CV11-00722 JMS/KSC*