**Additional Certificate (17 U.S.C. 706)**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-696-555

**Effective date of registration:**

December 17, 2009

## Title

**Title of Work:** Hawaii 2000

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** January 1, 2000    **Nation of 1st Publication:** United States

## Author

■    **Author:** Vincent Khoury Tylor, dba Hawaiian LandMark Images

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1962

## Copyright claimant

**Copyright Claimant:** Vincent Khoury Tylor

P.O. Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

**Organization Name:** Hawaiian LandMark Images

**Name:** Michele Lynn Tylor

**Email:** michele@hawaiianphotos.net    **Telephone:** 808-823-1263

**Address:** P.O.Box 510164

Kealia, HI 96751 United States

## Certification

**Name:** Michele L. Tylor

**Date:** December 17, 2009

Page 1 of 2

# EXHIBIT A

**Additional Certificate (17 U.S.C. 706)**

**Registration #:**   VA0001696555

**Service Request #:**   1-298994281

Hawaiian LandMark Images
Michele Lynn Tylor
P.O.Box 510164
Kealia, HI 96751  United States

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.





**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1–432–741**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

**JUN 2 0 2011**

Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**
Hawaii 2000

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-696-555 | 2000 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Vincent Khoury Tylor, dba Hawaiian LandMark Images | Vincent Khoury Tylor |

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____ Line Heading or Description _____

**Incorrect Information as It Appears in Basic Registration ▼**

**Corrected Information ▼**

**Explanation of Correction ▼**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number _____ Line Heading or Description   Titles/Contents Titles

**Amplified Information and Explanation of Information ▼**

| | |
|---|---|
| A-01 Hammock NEW Web-LG.jpg | A-02-B Big Wave Web-LG.jpg |
| A-03  Monk Seal stomach WEB-LG.jpg | A-03 Monk Seal-back Web-LG.jpg |
| A-04 Hawaiian Sea Turtle Web-LG.jpg | A-05 Monk Seal with Pup Web-LG.jpg |
| A-06 Nene Geese Web-LG.jpg | A-06-C Nene Goose Web-LG.jpg |
| A-07 Surfers at Dusk Web-LG.jpg | A-08 Golf Hawaii Web-LG.jpg |
| A-09 Palm Sunset Web-LG.jpg | A-10 Island Sunset WEb-LG.jpg |
| A-11 Hawaiian Sunset Web-LG.jpg | A-12-B LaniKai-girl Web-LG.jpg |
| A-13 Rooster w-Rock LG.jpg | A-14 Tropical Lagoon Web-LG.jpg |
| A-15 Secluded Falls Web-LG.jpg | A-16 Horses inn Hawaii Web-LG.jpg |
| A-17 NaPali Sunset wide Web-LG.jpg | A-19 Snorkel Hawaii Web-LG.jpg |
| A-20 Surfer at Twilight Web-LG.jpg | A-21 Blue Sky Sunset Web-LG.jpg |
| A-23B Bali Hai Sunset Web-LG.jpg | A-24 Tropical Day Web-LG.jpg |
| A-27 South Pacific sunset WEb-Lg.jpg | A-28 Emerald waters web-LG.jpg |
| A-30 A Day at the beach Web-LG.jpg | A-35 Coastal Colors Web-LG.jpg |
| B-01-A Rainbow Falls Web-LG.jpg | B-01-B Rainbow Falls Web-LG.jpg |

MORE ON BACK ▶ · Complete all applicable spaces (D-G) on the reverse side of this page.   · See detailed instructions.   · Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of  4  pages

FORM CA RECEIVED

**JUN 2 0 2011**

FORM CA

FUNDS RECEIVED DATE

**JUN 2 0 2011**

EXAMINED BY _ulb_

CORRESPONDENCE ❑

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☑ YES ❑ NO

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ❑ Part B *or* ❑ Part C

| | |
|---|---|
| B-02 Punaluu Black Sand Beach Web-LG.jpg | B-03 Waipio Valley Web-LG.jpg |
| B-03-T Waipio Valley Trees Web-LG.jpg | B-04 Anaehoomalu Bay Sunset Web-LG.jpg |
| B-05-B Pololo Sunrise Web-LG.jpg | B-06 Magic Sands Beach Web-LG.jpg |
| B-07 Akaka Falls Hor Web-LG.jpg | B-07-V Akakka Falls vertical Web-LG.jpg |
| B-09 Hapuna Beach South Web-LG.jpg | B-09-N Hapuna Beach North Web-LG.jpg |
| B-10 Secluded Cove Web-LG.jpg | B-12 Kona Coast Web-LG.jpg |
| B-18 Green Beach Web-LG.jpg | B-18-BGreen Beach Web-LG.jpg |
| B-19 Pololu Valley Wide WEB-LG.jpg | B-20 Pololu Ocean view Web-LG.jpg |
| F-01 Yellow Hibiscus Web-LG.jpg | F-02 Bird of Paradise W-Friend Web-LG.jpg |
| F-02-B Bird of Paradise Web-LG.jpg | F-03 Red Hibiscus Web-LG.jpg |
| F-05 Wild Orchids old Web-LG.jpg | F-07 Plumeria Web-LG.jpg |
| K-02-B Spouting Horn Sunset Web-LG.jpg | K-04-B Kilauea Lighthouse Web-LG.jpg |
| K-04-V Kilauea Lthouse vert Web-LG.jpg | K-05 Waimea Sunset old Web-LG.jpg |
| K-06-A Wailua Falls vertical Web-LG.jpg | K-06-B Wailua Falls Rainbow Web-LG.jpg |
| K-06-C Wailua Falls-Heavy Rain Web-LG.jpg | K-07 Kalalau Valley Ridges Web-LG.jpg |

Correspondence: Give name and address to which correspondence about this application should be sent.

Gien Carner
Hawaiian Art Network
1888 Kalakaua Ave. Ste. C312

Phone ( 808) 345-6333          Fax ( 678) 306-3319          Email dave@copyrightservicesinternati○n

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

❑ author          ❑ owner of exclusive right(s)
❑ other copyright claimant   ☑ duly authorized agent of   Vincent Khoury Tylor
                                Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼ David Oppenheimer                    Date ▼ 6/16/2011

Handwritten signature (X) ▼ *David Oppenheimer*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Copyright Services International

Number/Street/Apt ▼
1888 Kalakaua Ave. Ste. C312

City/State/ZIP ▼
Honolulu, HI 96815

- Complete all necessary spaces
- Sign your application in Space F

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2006   Print: 07/2006—**,000   Printed on recycled paper                    U.S. Government Printing Office: 2006—***/**, ***

# Continuation Sheet
# for Application Forms



Form ___VA___/CON
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 741

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |

EFFECTIVE DATE OF REGISTRATION

JUN 2 0 2011

(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

JUN 2 0 2011

Page ___3___ of ___4___ pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- Try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space on the basic form, use this Continuation Sheet, and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** Give the title as given under the heading "Title of this Work" in space 1 of the basic form.
  Hawaii 2000
- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** Give the name and address of at least one copyright claimant as given in space 4 of the basic form or space 2 of any of the Short Forms PA, TX, or VA.
  P.O. Box 510164, Kealia, HI, 96751 United States

---

## B
Continuation of Space 2

**d**

**NAME OF AUTHOR ▼**
Vincent Khoury Tylor, dba Hawaiian LandMark Images

**DATES OF BIRTH AND DEATH**
Year Born▼     Year Died▼
1962

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Photography of Hawaii

---

**e**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

**f**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

---

*Use the reverse side of this sheet if you need more space for continuation of spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

**CONTINUATION OF** (Check which):   ☐ Space 1   ☐ Space 4   ☐ Space 6

| | |
|---|---|
| K-07-N Kalalau Valley wide Web-LG.jpg | K-08 Kee Beach Web-LG.jpg |
| K-10 Hanalei Valley Web-LG.jpg | K-11 Spouting Horn-foliage Web-LG.jpg |
| K-11-B Spouting Horn Web-LG.jpg | K-12 Lumahai beach Web-LG.jpg |
| K-16 Hanalei Kayaker Web-LG.jpg | K-20 Waimea Canyon Web-LG .jpg |
| K-20-B Waimea Canyon wide Web-LG.jpg | K-21 Fern Grotto Web-LG.jpg |
| K-22 Opaekaa Falls Web-LG.jpg | K-23  NaPali Sunset old Web-LG.jpg |
| K-24-B Kealia Beach Web-LG.jpg | K-26 Hanapepe Lookout Web-LG.jpg |
| K-27 NaPali Coast Web-LG.jpg | K-28 Hanalei Pier day Web-LG.jpg |
| K-33-B Rooster Crowing Web-LG.jpg | K-35 Mahalapuu WEB-LG.jpg |
| K-36 Haena Beach Web-LG.jpg | K-38 Taro Fields of Hanalei Web-LG.jpg |
| K-39 Shipwrecks Beach Web-LG.jpg | K-41 Tunnels Beach Web-LG.jpg |
| M-01 End of Hana Web-LG.jpg | M-02 Wailua Falls web-LG.jpg |
| M-03 Iao Needle Sunset Web-LG.jpg | M-04 West Maui Mountains old Web-LG.jpg |
| M-05 Kihei Beach Web-LG.jpg | M-06 Haleakala Sunrise Web-LG.jpg |
| M-07 Windsurfers Web-LG.jpg | M-09 Alau Isle sunrise Web-LG.'pg |
| M-11 7 Pools Waterfalls Web-LG.jpg | M-13 Lahaina at Dusk Web-LG.jpg |
| M-13-B Lahaina Harbour Sunset Web-LG.jpg | M-14 SilverSword Web-LG.jpg |
| M-16 Maui Tropical Plantation.jpg | M-18 Turquoise lagoon Web-LG.jpg |
| M22-A Honolua Bay Web-LG.jpg | M-24 Black Beach rocks Web-LG.jpg |
| M24-C Black Sand Beach Web-LG.jpg | M-25 Kaanapali Beach Web-LG.jpg |
| O-01 Waikiki Pink Boat Web-LG.jpg | O-01 Waikiki-Pink boat ORIGINAL VERSION.jpg |
| O-03 Waikiki Dawn Web-LG.jpg | O-04 LaniKai shore Web-LG.jpg |
| O-04 LaniKai shoreline Web-LG.jpg | O-05 Chinamans Hat Web-LG.jpg |
| O-06 Hanauma Bay Wide Web-LG.jpg | O-07 Waimea Falls Web-LG.jpg |
| O-08 Waikiki from Top of DiamondHead Web-LG.jpg | O-10-V Makapuu Lighthouse Web-LG.jpg |
| O-11 Waimea Bay Web-LG old.jpg | O-12-B Pali Lookout Web-LG.jpg |
| O-15 Waikiki Skyview Web-LG.jpg | O-22 Kanehoe Fish Pond Web-LG.jpg |
| O-23 Waikiki Dusk Web-LG.jpg | O-24 Makapuu Web-LG.jpg |
| S-02 Last Light in Poipu Web-LG.jpg | S-03 Kauai Golden Sunrise Web-LG.jpg |
| S-04 Coastal Tranquility Web-LG.jpg | S-06 Fishing at Sunset Web-LG.jpg |
| S-14 Flat Reef Sunset Web-LG.jpg | S-16 Hawaiian Stormscape Web-LG.jpg |
| V-03 Lava Closeup Web-LG.jpg | V-04 Where the Rocks Bleed Web-LG.jpg |

**C**

Continuation
of other
Spaces

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Copyright Services International

Number/Street/Apt ▼
1888 Kalakaua Ave. Ste. C312

City/State/Zip ▼
Honolulu, HI 96815

**D**

• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material

MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Form CON   Rev: 07/2006   Print: 07/2007 — xx,000   Printed on recycled paper      U.S. Government Printing Office: 2008-xxx-xxx/60,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VA 1-759-562

**Effective date of registration:**

January 29, 2011

## Title

**Title of Work:** O-01 Waikiki-Pink boat ORIGINAL VERSION

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** January 1, 2000    **Nation of 1st Publication:** United States

## Author

**Author:** Vincent Khoury Tylor, dba Hawaiian LandMark Images

**Author Created:** photograph(s)

**Citizen of:** United States    **Domiciled in:** United States

**Year Born:** 1962

## Copyright claimant

**Copyright Claimant:** Vincent Khoury Tylor, dba Hawaiian LandMark Images

P.O.Box 510164, Kealia, HI, 96751, United States

## Rights and Permissions

**Name:** Vincent Khoury Tylor

**Email:** michele@hawaiianphotos.net    **Telephone:** 808-823-1263

**Address:** P.O.Box 510164

Kealia, HI 96751 United States

## Certification

**Name:** Glen Carner

**Date:** January 29, 2011

Registration #: VA0001759562
Service Request #: 1-556221010



Hawaiian LandMark Images
Vincent Khoury Tylor
P.O.Box 510164
Kealia, HI 96751  United States