

**Hawaiian Art Image No.   O-01 Waikiki-Pink boat ORIG.
VA 1-759-562**

# EXHIBIT B



**Hawaiian Art Image No.   A-11 Hawaiian Sunset
VA 1-696-555**