IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC and VINCENT K. TYLOR,<br><br>                  Plaintiffs,<br><br>vs.<br><br>ALOHA PLASTIC SURGERY, LLC; MICHAEL ANTHONY PASQUALE, AIMIYO INTERNATIONAL, LTD., JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE ASSOCIATIONS 1-10,<br><br>                  Defendants. | CIVIL NO. 11-00722 JMS KSC (Copyright Infringement; Digital Millennium Copyright Violation)<br><br>SUMMONS |

## **SUMMONS**

To the above-named Defendants MICHAEL ANTHONY PASQUALE, and AIMIYO INTERNATIONAL, LTD.

      **YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiffs' attorney J. STEPHEN STREET, AAL, whose address is 134 Maono Place, Honolulu, Hawaii 96821, an answer to the First Amended Complaint which is herewith served upon you, within 21 days after service of this Summons upon

you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

       This Summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this Summons, personal delivery during those hours.

       A failure to obey this Summons may result in an entry of default and default judgment against the disobeying person or party.

       DATED: Honolulu, Hawai'i, _____, 2012.

       _____
       Clerk of the Court

       _____
       Deputy Clerk of the Court