K&V

ORIGINAL

**LODGED**

JUN 08 2012 5:54 pm

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 18 2012

at __ to __ o'clock and 26 min. __ M.
SUE BEITIA, CLERK

ROBIN MELCHOR   7616
Davies Pacific Center, Suite 800
841 Bishop Street
Honolulu, Hawaii 96813
Telephone:   (808) 523-1332
Fax:   (808) 538-7579
Email:   melchorr@aloha.net

Attorney for Defendant
ALOHA PLASTIC SURGERY, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAIIAN ART NETWORK, LLC ) <br> and VINCENT K. TYLOR, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ALOHA PLASTIC SURGERY, ) <br> LLC; JOHN DOES 1-10; JANE ) <br> DOES 1-10; DOE CORPORATIONS ) <br> 1-10; DOE PARTNERSHIPS 1-10; ) <br> and DOE ASSOCIATIONS 1-10, ) <br> ) <br> Defendants. ) <br> _____ ) | CV 11 00722 JMS KSC <br> (Copyright Infringement; Removal or <br> Alteration of Copyright Management <br> Information) <br><br> ORDER GRANTING MOTION TO <br> SET ASIDE DEFAULT AGAINST <br> DEFENDANT ALOHA PLASTIC <br> SURGERY, LLC FILED MARCH 27, <br> 2012 <br><br> Date:  May 14, 2012 <br> Time:  9:30 a.m. <br> Judge:  Kevin S.C. Chang |

### ORDER GRANTING MOTION TO SET ASIDE
### DEFAULT AGAINST DEFENDANT
### ALOHA PLASTIC SURGERY, LLC FILED MARCH 27, 2012

Defendant **ALOHA PLASTIC SURGERY, LLC**'s ("Defendant") "Motion

to Set Aside Default Against Defendant Aloha Plastic Surgery, LLC filed

December 30, 2011", was heard before this Court on May 14, 2012.   Robin Melchor appeared for Defendant, and J. Stephen Street appeared for Plaintiffs.

The Court having reviewed, heard, and considered the Motion, the evidence presented, and the records and pleadings in this case.   The Court has been fully advised about this matter.

GOOD CAUSE APPEARING, IT IS ORDERED, ADJUDGED, AND DECREED THAT Defendant's "Motion to Set Aside Default Against Defendant Aloha Plastic Surgery, LLC filed December 30, 2011" is GRANTED.

Defendant shall file a responsive pleading to the Complaint no later than May 17, 2012.   The Rule 16 Scheduling Conference shall be scheduled for May 18, 2012 at 9:00 am.

DATED: Honolulu, Hawaii, _____ JUN 1 5 2012 _____.

_____
JUDGE OF THE ABOVE-ENTITLED COURT

---

HAWAIIAN ART NETWORK, LLC, et al. v. ALOHA PLASTIC SURGERY, LLC, et al.
Civil No. CV11 00722 JMS KSC
"Order Granting Motion to Set Aside Default Against Defendant Aloha Plastic Surgery, LLC Filed March 27, 2012"