# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00722JMS-KSC |
| CASE NAME: | Hawaiian Art Network, LLC, et al. vs. Aloha Plastic Surgery, LLC |
| ATTYS FOR PLA: | J. Stephen Street<br>Paul Maki |
| ATTYS FOR DEFT: | Robin Melchor<br>Jodie Roeca |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 8/21/2012 | TIME: | 9:15-9:20am |

COURT ACTION:  EP:  Status Conference Re: Trial Date and Other Deadlines.  New trial date given.  Second Amended Rule 16 Scheduling Conference Order to be issued.

1.   Jury trial on July 2, 2013 at 9:00 a.m. before JMS
2.   Final Pretrial Conference on May 21, 2013 at 9:00 a.m. before KSC
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by May 14, 2013
5.   File motions to Join/Add Parties/Amend Pleadings by November 30, 2012
6.   File other Non-Dispositive Motions by April 3, 2013
7.   File Dispositive Motions by January 30, 2013
8a.  File Motions in Limine by **June 12, 2013**
8b.  File opposition memo to a Motion in Limine by June 18, 2013
11a. Plaintiff's Expert Witness Disclosures by December 31, 2012
11b. Defendant's Expert Witness Disclosures by January 30, 2013
12.  Discovery deadline May 3, 2013
13.  Settlement Conference set for 3/7/2013 at 10:00am before KSC
14.  Settlement Conference statements by 2/28/2013
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by June 18, 2013
21.  File Final witness list by **June 12, 2013**
24.  Exchange Exhibit and Demonstrative aids by June 4, 2013
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by **June 12, 2013**
26.  File objections to the Exhibits by June 18, 2013

28a.   File Deposition Excerpt Designations by **June 12, 2013**
28b.   File Deposition Counter Designations and Objections by June 18, 2013
29.    File Trial Brief by June 18, 2013
30.    File Findings of Fact & Conclusions of Law by N/A


Other Matters:
None.


Submitted by: Shari Afuso, Courtroom Manager


CV11-722JMS-KSC
Hawaiian Art Network v. Aloha Plastic Surgery
Status Conference
8/21/2012