# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00722JMS-KSC |
| CASE NAME: | Hawaiian Art Network, LLC, et al. vs. Aloha Plastic Surgery, LLC |
| ATTYS FOR PLA: | J. Stephen Street<br>Paul Maki |
| ATTYS FOR DEFT: | Robin Melchor<br>Jodie Roeca |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record<br>11:00-1:09pm<br>(Settlement Conf) |
| DATE: | 11/2/2012 | TIME: | FTR C5<br>1:09-1:16pm<br>**(Settlement on Record-<br>UNDER SEAL)** |

COURT ACTION:  EP:  Early Settlement Conference.  Also present: Plaintiff Vincent K. Tylor and Defendant Michael Anthony Pasquale.  Settlement Conference held.  Case settled.  Terms stated **UNDER SEAL**.

Based upon representations by counsel and affirmations by the parties, the Court finds that the essential terms of a valid and enforceable settlement agreement have been stated. **Pursuant to the agreement, the record of this proceeding is hereby sealed except for the Injunction to be entered and signed by Judge Seabright**.  The deadline to submit the Injunction is 12/3/12.

The following dates are hereby vacated:
3/7/13, 10:00am, Settlement Conference, Judge Chang
5/21/13, 9:00am, Final Pretrial Conference, Judge Chang
7/2/13, 9:00am, Jury Trial, Judge Seabright

All pending matters are deemed withdrawn based upon this settlement.

Submitted by: Shari Afuso, Courtroom Manager